

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00104-CV

Richard **ABRAMS**,
Appellant

v.

Marguerite **SALINAS** a/k/a Marguerit Y. Salinas f/k/a Marguerite Abrams and Ashely Abrams a/k/a
Ashley N. Abrams,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1987-CI-16750
Honorable Janet P. Littlejohn, Judge Presiding

**O R D E R**

Appellee's brief was originally due July 9, 2014; however, the court granted appellee an extension of time until August 11, 2014, to file the brief. Appellee has filed a motion requesting an additional thirty days to file the brief.

We **grant** the motion and **order** appellee's brief due September 10, 2014. No further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court